Virgil **CAMPBELL** d/b/a Campbell's Auto
Sales et al., Appellants,

v.

Joanna **SMITH**, Appellee.

Court of Appeals of Kentucky.

May 31, 1974.

Viley O. Blackburn, Smith & Blackburn, Somerset, for appellants.

Whayne C. Priest, Jr., English, Lucas, Priest & Owsley, Bowling Green, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

Mack **LEWIS** et al., Appellants,

v.

Jack **TRIMBLE**, Individual et al.,
Appellees.

Court of Appeals of Kentucky.

May 31, 1974.

Joe Hobson, Prestonsburg, for appellants.

Clifford B. Latta, Prestonsburg, for appellees.

Memorandum Opinion of the Court by Justice PALMORE, Affirming.*

Harry M. **LONG**, Appellant,

v.

**COMMONWEALTH** of Kentucky ex rel.
John B. **BRECKINRIDGE**, Attorney General, Appellee.

Court of Appeals of Kentucky.

May 31, 1974.

Marion Rider, Frankfort, for appellant.

Joseph A. Biagi, Walter B. Smith, Shelbyville, Ed W. Hancock, Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner VANCE, Affirming.*

**COMMONWEALTH** of Kentucky, **DEPART-
MENT OF HIGHWAYS**, Appellant,

v.

Paul **NELSON** and Kathleen Nelson,
wife, Appellees.

Court of Appeals of Kentucky.

May 31, 1974.

Paul Hunley, Department of Highways, Perry M. Lewis, Frankfort, Harvey G. Ershig, Dorsey & Sullivan, Henderson, for appellant.

Charles J. Kamuf, Beard, Rummage, Kamuf & Yewell, Owensboro, for appellees.

Memorandum Opinion PER CURIAM, Affirming.*

* Opinion ordered not to be published.